IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:24-cv-00963 |
| | ) |
| ROBERT L. TACCIA, | ) |
| | ) |
| Defendant. | ) |

### UNITED STATES OF AMERICA'S COMPLAINT

The United States of America, pursuant to 26 U.S.C. §§ 7401 and 7402 , at the direction of a delegate of the Attorney General of the United States, and with the authorization and sanction of a delegate of the Secretary of the Treasury, brings this civil action to reduce to judgment unpaid federal tax liabilities owed by Robert L. Taccia for tax years 2006 through 2012.

For its complaint, the United States alleges as follows:

### JURISDICTION, VENUE, AND PARTIES

1.      Jurisdiction is conferred upon this district court pursuant to 26 U.S.C. § 7402(a) and 28 U.S.C. §§ 1331, 1340, and 1345.

2.      Venue is proper pursuant to 28 U.S.C. §§ 1391(b)(1) and (2) and 1396 because Defendant Robert L. Taccia resides in Tarrant County, Texas within the judicial bounds of this Court.

3.      Plaintiff is the United States of America.

4.      Defendant Robert L. Taccia resides in Tarrant County and may be served at his residence on in Fort Worth, Texas.

### COUNT 1
### Judgment Against Robert L. Taccia for Federal Income Tax Liabilities

5.      Taccia failed to file federal income tax returns for years 2006 through 2012.

6.      On the dates below, a delegate of the Secretary of the Treasury made assessments against Taccia for income (Form 1040) taxes (the Tax Liabilities), which have balances due with accruals, costs, and penalties, as of September 4, 2023, as follows:

| Tax Period Ending | Date of Assessment | Assessed Tax | Balance Due with Accruals, Costs, and Penalties as of 09/04/2023 |
|---|---|---|---|
| 2006 | 04/27/2015 | $139,665.00 | $381,207.24 |
| 2007 | 04/27/2015 | $138,815.00 | $499,007.13 |
| 2008 | 04/27/2015 | $137,432.00 | $469,732.56 |
| 2009 | 04/27/2015 | $182,004.00 | $598,435.98 |
| 2010 | 04/27/2015 | $84,117.00 | $267,165.87 |
| 2011 | 04/27/2015 | $57,640.00 | $177,227.61 |
| 2012 | 04/27/2015 | $35,597.00 | $104,981.93 |
| | | | |
| Total | | | $2,497,758.32 |

7.      A delegate of the Secretary of Treasury gave notice and demand for payment of the Tax Liabilities described to Taccia. After application of statutory interest, penalties, fees, other additions, abatements, payments, and credits, the Tax Liabilities had a balance of $2,497,758.32 as of September 4, 2023. Despite notice and demand for payment, Taccia has failed, neglected, or refused to fully pay the Tax Liabilities.

8.      Pursuant to 26 U.S.C. § 7402, the United States is entitled to a judgment that Taccia is liable to the United States for the Tax Liabilities in the amount of $2,497,758.32 as of September 4, 2023, plus statutory additions and prejudgment and postjudgment interest thereon at the rates set forth in 26 U.S.C. § 6601, 6621, and 28 U.S.C. § 1961(c), until paid.

9.      This action has been commenced within the applicable statute of limitations. Generally, the United States has teen years from the date of assessment to file suit to collect an unpaid tax liability. 26 U.S.C. § 6502(a)(1). The Tax Liabilities were assessed within the last ten years.

## PRAYER

Accordingly, the United States of America prays for a judgment determining:

A.  Robert L. Taccia is liable and indebted to the United States for the Tax Liabilities for tax periods 2006 through 2012, in the amount of $2,497,758.32, as of September 4, 2023, plus statutory additions, and prejudgment and postjudgment interest thereon at the rates set forth in 26 U.S.C. § 6601, 6621, 6622, and 28 U.S.C. § 1961(c), until paid; and

B.  That awards the United States such other and further relief as this Court deems just and proper.

Respectfully submitted,

**DAVID A. HUBBERT**
Deputy Assistant Attorney General

Eduardo R. Mendoza
Trial Attorney
State Bar No. 24096680
U.S. Department of Justice, Tax Division
717 N. Harwood, Suite 400
Dallas, Texas 75201
214.880.9735
Eduardo.Mendoza@usdoj.gov

**Counsel for Plaintiff**
**United States of America**