**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | Civil Action No. 4:24-cv-00963-O |
| ROBERT L. TACCIA, | § | |
| | § | |
| Defendant. | § | |

## AGREED FINAL JUDGMENT

Before the Court is the Joint Motion for Entry of Consent Judgment (the Joint Motion) filed by Plaintiff United States of America and Defendant Robert L. Taccia. In the Joint Motion, Defendant Taccia consents to entry of this judgment against him as to the allegations in the United States' Complaint (ECF No. 1). After careful consideration of the Joint Motion, and for good cause shown, the Court **GRANTS** the Motion. Thus, it is **ORDERED** that:

1. Final Judgment is entered in favor of the United States and against Defendant Taccia in the amount of $2,497,758.32 as of September 4, 2023, for Taccia's unpaid federal income tax liabilities for tax years 2006–2012, plus statutory additions and pre-judgment and post-judgment interest thereon pursuant to 26 U.S.C. §§ 6601, 6621, and 6622, and 28 U.S.C. § 1961(c), until paid.

2. The parties shall bear their own costs of this litigation, including any attorney's fees.

The Clerk of Court is **DIRECTED** to enter final judgment conforming to this Judgment.

**SO ORDERED** on this **11th day** of **February, 2025**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

- 1 -